IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR-18-01-BMM-1 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| ISAIAH THOMAS FOLLET, | |
| Defendant. | |

Magistrate Judge Timothy Cavan conducted an initial appearance and arraignment for Isaiah Follet on January 10, 2018. (Doc. 4.) The United States charges Follet with Failure to Register/Update Registration as a Sexual Offender in violation of 18 U.S.C. § 2250(a) in the Great Falls Division ("Great Falls Indictment"). (Doc. 1.)

Judge Susan Watters conducted a final hearing regarding revocation of Follet's supervised release in case number: 1:09-CR-00024-SPW-1 on January 10, 2018. At this hearing, Follet's counsel moved to have the Great Falls Indictment transferred to Billings for further proceedings before Judge Watters. The United States did not object.

**IT IS HEREBY ORDERED:**

1. CR-18-01-GF-BMM's venue will be transferred to the Billings Division

1

of this Court.

DATED this 10th day of January, 2018.

/s/ Brian Morris
Brian Morris
United States District Court Judge