IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



APR 27 2018

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 18-05-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ISAIAH THOMAS FOLLET, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for Friday, April 27, 2018 at 1:30 p.m. is **VACATED** and RESET for **Tuesday, May 1, 2018 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.

The Clerk is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 27th day of April, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1